# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JSDQ MESH TECHNOLOGIES LLC,<br><br>    Plaintiff,<br><br>v.<br><br>GENERAL DYNAMICS MISSION SYSTEMS, INC.,<br><br>    Defendant. | Case No.: 1:18-cv-01929-MN |

## NOTICE OF RESOLUTION AND [PROPOSED] ORDER STAYING CASE

The parties hereby jointly advise the Court that the above-captioned matter has been resolved, but that an immediate dismissal cannot be filed. The parties, therefore, jointly request that this case be stayed until April 16, 2019, so as to permit the matter to be finally resolved.

Dated: March 18, 2019

*Of Counsel:*

Timothy J. Haller
HALLER LAW PLLC
53 West Jackson Boulevard, Suite 1623
Chicago, IL 60604
Phone: 630-336-4283
haller@haller-iplaw.com

Gabriel I. Opatken
NOBLE IP LLC
418 North Noble Street, Suite 4
Chicago, IL 60642
Phone: (773) 648-5433
gabriel@nobleipllc.com

Respectfully submitted,

*/s/ George Pazuniak*
George Pazuniak (DE Bar 478)
O'KELLY, ERNST & JOYCE LLC
901 North Market Street, Suite 1000
Wilmington, DE 19801
Phone: (302) 478-4230
Fax: (302) 295-2873
gp@del-iplaw.com

***Attorneys for Plaintiff, JSDQ Mesh Technologies LLC***

**IT IS SO ORDERED** this _____ day of March, 2019.

_____
United States District Court Judge