# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JSDQ MESH TECHNOLOGIES LLC,<br><br>                Plaintiff,<br><br>v.<br><br>GENERAL DYNAMICS MISSION SYSTEMS, INC.,<br><br>                Defendant. | Case No.: 1:18-cv-01929-MN |

## NOTICE OF DISMISSAL OF DEFENDANT WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiff JSDQ Mesh Technologies LLC hereby dismisses all claims in this action WITH PREJUDICE as to Defendant, with each party to bear its own costs, expenses and attorneys' fees.

| | |
|---|---|
| Dated: May 21, 2019 | Respectfully submitted, |
| *Of Counsel:* | */s/ George Pazuniak*<br>George Pazuniak (DE Bar 478) |
| Timothy J. Haller<br>HALLER LAW PLLC<br>53 West Jackson Boulevard, Suite 1623<br>Chicago, IL 60604<br>Phone: 630-336-4283<br>haller@haller-iplaw.com | O'KELLY, ERNST & JOYCE LLC<br>901 North Market Street, Suite 1000<br>Wilmington, DE 19801<br>Phone: (302) 478-4230<br>Fax: (302) 295-2873<br>gp@del-iplaw.com |
| Gabriel I. Opatken<br>NOBLE IP LLC<br>418 North Noble Street, Suite 4<br>Chicago, IL 60642<br>Phone: (773) 648-5433<br>gabriel@nobleipllc.com | ***Attorneys for Plaintiff, JSDQ Mesh Technologies LLC*** |

**IT IS SO ORDERED** this _____ day of May, 2019.

_____
United States District Court Judge