# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JSDQ MESH TECHNOLOGIES LLC,<br><br>                Plaintiff,<br><br>v.<br><br>GENERAL DYNAMICS MISSION SYSTEMS, INC.,<br><br>                Defendant. | Case No.: 1:18-cv-01929-MN |

## NOTICE OF DISMISSAL OF DEFENDANT WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiff JSDQ Mesh Technologies LLC hereby dismisses all claims in this action WITH PREJUDICE as to Defendant, with each party to bear its own costs, expenses and attorneys' fees.

Dated: May 21, 2019

*Of Counsel:*

Timothy J. Haller
HALLER LAW PLLC
53 West Jackson Boulevard, Suite 1623
Chicago, IL 60604
Phone: 630-336-4283
haller@haller-iplaw.com

Gabriel I. Opatken
NOBLE IP LLC
418 North Noble Street, Suite 4
Chicago, IL 60642
Phone: (773) 648-5433
gabriel@nobleipllc.com

Respectfully submitted,

*/s/ George Pazuniak*
George Pazuniak (DE Bar 478)
O'KELLY, ERNST & JOYCE LLC
901 North Market Street, Suite 1000
Wilmington, DE 19801
Phone: (302) 478-4230
Fax: (302) 295-2873
gp@del-iplaw.com

***Attorneys for Plaintiff, JSDQ Mesh Technologies LLC***

**IT IS SO ORDERED** this _____ day of May, 2019.

_____
United States District Court Judge